[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-13105
Non-Argument Calendar

_____

D.C. Docket No. 4:17-cr-00228-LGW-GRS-1


UNITED STATES OF AMERICA,

                                                      Plaintiff-Appellee,

versus

JOHN JORDAN, JR.,

                                                      Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Georgia

_____

(May 13, 2019)

Before WILSON, NEWSOM and HULL, Circuit Judges.

PER CURIAM:

       W. Thomas Hudson, appointed counsel for John Jordan, Jr., in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Jordan's conviction and sentence are **AFFIRMED**.